GEORGE BECHTEL, Appellant, *v.* THE VILLAGE OF EDGEWATER, Respondent.

(Argued October 16, 1890; decided October 31, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 1, 1887, upon an agreed case submitted without action, declaring the assessment and tax referred to therein legal and valid.

*William H. Mullen* for appellant.

*Stephen D. Stephens* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

CHARLES A. PHILLIPS et al., Appellants, *v.* BENJAMIN C. M. TUCKER et al., Respondents.

(Argued October 17, 1890; decided October 31, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of January, 1888, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Horace McGuire* for appellants.

*Irving M. Thompson* for respondents.

Agree to affirm; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.